# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-273 WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DIEGO IRAM ADAME-VILLALOBOS,
      a/k/a Diego Iram Adame,
      a/k/a Martin Encinas-Gonzalez,

      Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

## <u>COUNT 1</u>

On or about March 3, 2020, in the State and District of Colorado, the defendant, DIEGO IRAM ADAME-VILLALOBOS, a/k/a Diego Iram Adame, a/k/a Martin Encinas-Gonzalez an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about December 21, 2018, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

A TRUE BILL:

Ink Signature on File in Clerk's Office
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By:  s/*Valeria Spencer*
Valeria Spencer
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  valeria.spencer@usdoj.gov
Attorney for Government