AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| DIEGO IRAM ADAME-VILLALOBOS, a/k/a Diego Iram Adame, a/k/a Martin Encinas-Gonzalez, | ) ) ) ) |
| *Defendant* | ) |

Case No. 21-cr-273 WJM

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DIEGO IRAM ADAME-VILLALOBOS, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Illegal Re-entry After Deportation in violation of 18 U.S.C. § 1326(a), (b)(1)

Date: 08/12/2021

s/E. Van Alphen, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, CO

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*