**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No: 21-cr-00273-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DIEGO IRAM ADAME-VILLALOBOS,
      a/k/a Diego Iram Adame,
      a/k/a Martin Encinas-Gonzalez,

      Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To: The clerk of court and all parties of record I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 24th day of June, 2022.

United States Attorney
Cole Finegan

By: _s/ Albert Buchman_____
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: Al.Buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this this 24th day of June, 2022, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


By:  *s/ Stephanie Price*
     STEPHANIE PRICE
     Legal Assistant
     United States Attorney's Office