IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00273-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIEGO IRAM ADAME-VILLALOBOS,
    a/k/a Diego Iram Adame,
    a/k/a Martin Encinas-Gonzalez,

    Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1. The Defendant, Diego Iram Adame-Villalobos, YOB: 1988, Booking number 2200003558, is now confined in the El Paso County Jail.

2. A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of this case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law

enforcement officer, requiring said federal law enforcement officer to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the Defendant is confined, and requiring said federal law enforcement officer to produce the Defendant before a United States Magistrate Judge for the said defendant's initial appearance; and to hold the said defendant at all times in custody as an agent of the United States of America; and that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, shall return the said defendant to the institution where he was confined, under safe and secure conduct.

Respectfully submitted this 27th day of June, 2022.

COLE FINEGAN
UNITED STATES ATTORNEY

By:   *s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: Al.Buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 27th day of June, 2022, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Stephanie Price*
    STEPHANIE PRICE
    Legal Assistant
    United States Attorney's Office