IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00273-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIEGO IRAM ADAME-VILLALOBOS,
    a/k/a Diego Iram Adame,
    a/k/a Martin Encinas-Gonzalez,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Diego Iram Adame-Villalobos, YOB: 1988, Booking number 2200003558, now confined in the El Paso County Jail, before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this _____ day of June, 2022

                                        BY THE COURT:

                                        _____
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO