IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  **21-cr-273-WJM**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    DIEGO IRAM ADAME-VILLALOBOS

        Defendant.

## ENTRY OF APPEARANCE

COMES NOW, THE REISCH LAW FIRM, LLC, by and through R. Scott Reisch, and hereby enters his appearance as counsel of record for the above-named Defendant Diego Iram Adame-Villalobos, as CJA Appointed Counsel.

Dated this 19th day of July, 2022.

    Respectfully submitted,

    s/ R. Scott Reisch
    **R. Scott Reisch, #26892**
    The Reisch Law Firm, LLC
    1490 West 121st Ave., Suite 202
    Denver, CO 80234
    Telephone:  (303) 291-0555
    FAX: (720) 904-5797
    E-mail: scott@reischlawfirm.com
    cassandra@reischlawfirm.com
    Attorney for Defendant Diego Iram Adame-Villalobos

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Albert C. Buchman
- al.buchman@usdoj.gov

- Valeria Spencer
- Valeria.apencer@usdoj.gov

          s/ R. Scott Reisch
          **R. Scott Reisch, #26892**
          Attorney for Defendant Diego Iram Adame-Villalobos
          The Reisch Law Firm, LLC
          1490 West 121st Avenue, Suite 202
          Denver, CO 80234
          Telephone: (303) 291-0555
          FAX: (720) 904-5797
          E-mail: scott@reischlawfirm.com
          cassandra@reischlawfirm.com