IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  **21-cr-273-WJM**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    DIEGO IRAM ADAME-VILLALOBOS

        Defendant.

## NOTICE OF DISPOSITION

COMES NOW, the Defendant, Diego Iram Adame-Villalobos, by and through his CJA appointed counsel, R. Scott Reisch, and hereby gives notice to this Honorable Court that the defendant and government have reached a disposition in this case.  A plea agreement and statement by defendant in advance of guilty plea will be forth coming.

Counsel and the defendant respectfully requests a change of plea hearing and that counsel be directed to contact the Court's chambers to do so.

Dated this 17th day of April, 2023.

        Respectfully submitted,

        s/ R. Scott Reisch
        **R. Scott Reisch, #26892**
        The Reisch Law Firm, LLC
        1490 West 121st Ave., Suite 202
        Denver, CO 80234
        Telephone:  (303) 291-0555
        FAX: (720) 904-5797
        E-mail: scott@reischlawfirm.com
        cassandra@reischlawfirm.com
        Attorney for Defendant Diego Iram Adame-Villalobos

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Albert C. Buchman
- al.buchman@usdoj.gov

- Valeria Spencer
- Valeria.apencer@usdoj.gov


s/ R. Scott Reisch
**R. Scott Reisch, #26892**
Attorney for Defendant Diego Iram Adame-Villalobos
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: scott@reischlawfirm.com
cassandra@reischlawfirm.com